**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **B&B Outdoor LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **88-2529763** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **117 W Palmetto Avenue**<br>**Pierson, FL 32180-2069**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Volusia**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.bb-outdoor.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **B&B Outdoor LLC**                                           Case number (*if known*) _____
_____
Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
          2389

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor    **B&B Outdoor LLC**                                                                Case number (*if known*)
_____
Name

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | Relationship | _____ |
| District _____ When _____ | Case number, if known | _____ |

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13.  Debtor's estimation of available funds**

*Check one:*

■  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **B&B Outdoor LLC**                                                    Case number (*if known*)
          Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **B&B Outdoor LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 13, 2025**
                MM / DD / YYYY

**X** **/s/ Robert L. Becker**                          **Robert L. Becker**
Signature of authorized representative of debtor          Printed name

Title    **Authorized Member**

**18. Signature of attorney**

**X** **/s/ Jeffrey S. Ainsworth**            Date    **March 13, 2025**
Signature of attorney for debtor                    MM / DD / YYYY

**Jeffrey S. Ainsworth 060769**
Printed name

**BransonLaw, PLLC**
Firm name

**1501 E. Concord Street**
**Orlando, FL 32803**
Number, Street, City, State & ZIP Code

Contact phone    **407 894 6834**        Email address    **jeff@bransonlaw.com**

**060769 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **B&B Outdoor LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 13, 2025**        X **/s/ Robert L. Becker**
                                             Signature of individual signing on behalf of debtor

                                          **Robert L. Becker**
                                          Printed name

                                          **Authorized Member**
                                          Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **B&B Outdoor LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Arabella Borges c/o SILVA & SILVA, P.A. 236 Valencia Avenue Miami, FL 33134 | | auto negligence lawsuit | Unliquidated Disputed | | | $0.00 |
| Cedar Islands HOA of Flagler County, Inc. Post Office Box 95 Flagler Beach, FL 32136 | | misc. services | Disputed | | | $10,000.00 |
| Deere & Company 6400 NW 86th Street Johnston, IA 50131 | | John Deere 5100E CAB Tractor FT 4 Serial #: 074430 | | $62,196.00 | Unknown | Unknown |
| Kubota Credit Corporation PO Box 2046 Grapevine, TX 76099 | | 2022 Kubota Zero Turn Z726XKW-3-60 Serial #: KBGHGDH0EMGA2892 | | $3,415.28 | Unknown | Unknown |
| Kubota Credit Corporation PO Box 2046 Grapevine, TX 76099 | | 2022 Kubota SVL97-2HFC Compact Track Loader Serial #: KBCZ064CVN1F70032 | | $56,769.49 | Unknown | Unknown |
| Synovus Bank 1111 Bay Avenue Columbus, GA 31901 | | line of credit | | | | $151,946.40 |

Debtor    **B&B Outdoor LLC**
          Name                                                    Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Synovus Bank 960 Buford Highway Cumming, GA 30041** | | **2007 Ford F-150 Vin #: 1FTVX14507NA61 813 2012 Trail-eze DAKO Low Boy Semi Trailer Vin #: 1DADLD626CP020 483 2010 International Prostar Semi Truck Vin** | | **$1,242,708.41** | **Unknown** | **Unknown** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>B&B Outdoor LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>MIDDLE DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals

12/15

Part 1: **Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................... $       0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................... $       93,252.36

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................................... $       93,252.36

**Part 2:** **Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $       1,365,089.18

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $       0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$       161,946.40

4. **Total liabilities** ....................................................................................................
   Lines 2 + 3a + 3b       $       1,527,035.58

**Fill in this information to identify the case:**

Debtor name     **B&B Outdoor LLC**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Seacoast Bank** | **Checking** | 2031 | $31,060.60 |
| 3.2. | **Seacoast Bank** | **Checking Account** | 2111 | $1,966.76 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$33,027.36

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. Does the debtor have any accounts receivable?

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

Debtor    **B&B Outdoor LLC**                                    Case number *(If known)* _____
_____
Name

| 11a. 90 days old or less: | 60,000.00 | - | 0.00 | = .... | $60,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**                                                                    $60,000.00
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

### Part 4:    Investments

13. **Does the debtor own any investments?**

  ■ No.  Go to Part 5.
  ☐ Yes Fill in the information below.

### Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

  ■ No.  Go to Part 6.
  ☐ Yes Fill in the information below.

### Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ■ No.  Go to Part 7.
  ☐ Yes Fill in the information below.

### Part 7:    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

  ☐ No.  Go to Part 8.
  ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** 2 desks, 2 chairs, conference table w/6 chairs, filing cabinet | $0.00 | | $85.00 |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** computer, printer | $0.00 | | $40.00 |
| 42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.    **Total of Part 7.**                                                                    $125.00
Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
  ■ No

| Debtor | **B&B Outdoor LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

<table>
<tr><td style="background:black;color:white">Part 8:</td><td>**Machinery, equipment, and vehicles**</td></tr>
</table>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2011 6' Water Pump (Model #:<br>6JSCEDJDST45DM)<br>Serial #: 6JSCE-206** | **$0.00** | | **Unknown** |
| 47.2. **2021 Bat Wing Cutter (Model #:<br>M5-111HDC12-1)<br>Serial #: 18744440** | **$0.00** | | **Unknown** |
| 47.3. **2020 Bobcat Excavator Compact E42<br>Serial #: B2VW17358** | **$0.00** | | **Unknown** |
| 47.4. **2015 Caterpillar Dozer D4-K2LGP<br>Serial #: KRR00667** | **$0.00** | | **Unknown** |
| 47.5. **2024 Diamond Cargo Trailer<br>Vin #: 53NBE1014R1106052** | **$0.00** | | **Unknown** |
| 47.6. **2012 Doosan Front End Loader<br>DL-200TC<br>Serial #: K1016630A** | **$0.00** | | **Unknown** |
| 47.7. **2017 Ford F-250 Super Duty<br>Vin #: 1FT7X2B63HEC88800** | **$0.00** | | **Unknown** |
| 47.8. **2011 Forest River Cargo Trailer<br>Vin #: 5NHUNS218BU101929** | **$0.00** | | **Unknown** |
| 47.9. **2006 Kenworth Semi<br>Vin #: 1XKDDU9X66J140641** | **$0.00** | | **Unknown** |
| 47.10. **2013 Kubelco SK210 Excavator<br>Serial #: YQ1305378** | **$0.00** | | **Unknown** |
| 47.11. **2003 Komatsu PC160 Excavator<br>Serial #: 10138** | **$0.00** | | **Unknown** |

| Debtor | **B&B Outdoor LLC** | Case number *(If known)* | |
| | Name | | |

| | | | |
|---|---|---|---|
| 47.12. | **2022 Kubota SVL97-2HFC Compact Track Loader**<br>**Serial #: KBCZ064CVN1F70032** | **$0.00** | **Unknown** |
| 47.13. | **2019 Kubota SVL95-2SHFC Compact Track Loader (Skid Steer)**<br>**Serial #: 1038053** | **$0.00** | **Unknown** |
| 47.14. | **2022 Kubota Zero Turn Z724XKW-3-54**<br>**Serial #: KBGHGDG0ELGM81196** | **$0.00** | **Unknown** |
| 47.15. | **2022 Kubota Zero Turn Z726XKW-3-60**<br>**Serial #: KBGHGDH0EMGA2892** | **$0.00** | **Unknown** |
| 47.16. | **1993 Mack Dump Truck**<br>**Vin #: 1MP264C0PM013300** | **$0.00** | **Unknown** |
| 47.17. | **2020 Paladin Bradco HD EX Mulcher MM421**<br>**Serial #: 579380** | **$0.00** | **Unknown** |
| 47.18. | **2018 Quick Attach Range Mower**<br>**Serial #: 2018110621** | **$0.00** | **Unknown** |
| 47.19. | **2012 Trail-Eze Flip Axle trailer**<br>**Vin #: 1DAYYGA15CMO20625** | **$0.00** | **Unknown** |
| 47.20. | **2022 Triple Crown Dump Trailer**<br>**Vin #: 1XNBD1623N1133842** | **$0.00** | **Unknown** |
| 47.21. | **2017 Wacker Neuson RD12 Tandem Roller**<br>**Serial #: 24427600** | **$0.00** | **Unknown** |
| 47.22. | **2020 Kubota Zero Turn Z726XKW-3-60**<br>**Serial #: KBGHGDHOJLGG81813** | **$0.00** | **Unknown** |
| 47.23. | **2020 Kubota Zero Turn**<br>**Serial #: KBGHGDHOJLGG81812** | **$0.00** | **Unknown** |

Debtor    **B&B Outdoor LLC**                                    Case number *(If known)* _____
              Name

| | | | |
|---|---|---|---|
| 47.24 · | **2007 Ford F-150 Vin #: 1FTVX14507NA61813** <br> **2012 Trail-eze DAKO Low Boy Semi Trailer Vin #: 1DADLD626CP020483** <br> **2010 International Prostar Semi Truck Vin #: 1HSCUAPR7AJ170404** <br> **1999 Kenworth Dump Truck Vin #: 1XKDDR9X8XJ833788** <br> **1996 Western Star 4964S Dump Truck Vin #: 2WKPDCXH7TK942647** <br> **2017 Ford F-350 Crew Cab Super Vin #: 1FT8W3B66HEC30340** <br> **2018 Dodge 4500 Flatbed Vin #: 3C7WRLBL5JG185901** <br> **2017 Ford F-350 Flatbed Vin #: 1FD8W3HT1HED19953** <br> **2019 Ford F-150 Vin #: 1FTEW1EP2KFB35142** <br> **2018 AMP Trailers Gooseneck Vin #: 1A9EE3325JD853675** <br> **2002 HOMS Trailer Dump Vin #: 5HABD12242NO19713** <br> **2018 Gatormade Gooseneck 30ft. Vin #: 4Z1GF3023JS041774** <br> **2018 AMP Trailers 82x20 trailer Vin #: 1A9EE22XJDD853487** <br> **1995 Utility Semi Flat Bed Trailer Vin #: 1UYFS2485SA317335** <br> **2020 Trailer American Made 82x20 Utility Vin #: 1A9EE2425LD853364** | **$0.00** | **Unknown** |
| 47.25 · | **John Deere 5100E CAB Tractor FT 4 Serial #: 074430** | **$0.00** | **Unknown** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**                                                                  |  **$0.00**  |

      Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☑ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

       ☐ No.  Go to Part 10.
       ☑ Yes Fill in the information below.

| Debtor | **B&B Outdoor LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Lease with WPW Volusia LLC for property located: 117 W. Palmetto Avenue, Pierson, FL 32180** | **Lease** | **$0.00** | | **$0.00** |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**$0.00**

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** | **Internet domain names and websites**<br>**www.bb-outdoor.com** | **$0.00** | | **$100.00** |
| **62.** | **Licenses, franchises, and royalties** | | | |
| **63.** | **Customer lists, mailing lists, or other compilations** | | | |
| **64.** | **Other intangibles, or intellectual property** | | | |
| **65.** | **Goodwill** | | | |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

**$100.00**

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

Debtor    **B&B Outdoor LLC**
_____    Case number *(If known)* _____
          Name

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No

□ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No

□ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.

□ Yes Fill in the information below.

Debtor    **B&B Outdoor LLC**                                     Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $33,027.36 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $60,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $125.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $100.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $93,252.36 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $93,252.36 |

**Fill in this information to identify the case:**

Debtor name **B&B Outdoor LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1  Deere & Company**
Creditor's Name

**6400 NW 86th Street**
**Johnston, IA 50131**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**4/2024**

**Last 4 digits of account number**
**5573**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**John Deere 5100E CAB Tractor FT 4**
**Serial #: 074430**

Describe the lien
**UCC-1**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$62,196.00**    Value of collateral: **Unknown**

---

**2.2  Kubota Credit Corporation**
Creditor's Name

**PO Box 2046**
**Grapevine, TX 76099**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**9/2022**

**Last 4 digits of account number**
**0983**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**2022 Kubota Zero Turn Z726XKW-3-60**
**Serial #: KBGHGDH0EMGA2892**

Describe the lien
**UCC-1**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Amount of claim: **$3,415.28**    Value of collateral: **Unknown**

Debtor    **B&B Outdoor LLC**
_____    Case number (*if known*) _____
         Name

☑ No
☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Kubota Credit Corporation** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2022 Kubota SVL97-2HFC Compact Track**
**Loader**
**Serial #: KBCZ064CVN1F70032**

$56,769.49          Unknown

**PO Box 2046**
**Grapevine, TX 76099**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/2022**

**Last 4 digits of account number**
**4587**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Synovus Bank** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2007 Ford F-150 Vin #: 1FTVX14507NA61813**
**2012 Trail-eze DAKO Low Boy Semi Trailer**
**Vin #: 1DADLD626CP020483**
**2010 International Prostar Semi Truck Vin #:**
**1HSCUAPR7AJ170404**
**1999 Kenworth Dump Truck Vin #:**
**1XKDDR9X8XJ833788**
**1996 Western Sta**

$1,242,708.41          Unknown

**960 Buford Highway**
**Cumming, GA 30041**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/11/2022**

**Last 4 digits of account number**
**9110**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $1,365,089.18 |

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

Debtor    **B&B Outdoor LLC**
_____
Name

Case number (if known) _____

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Synovus Bank**<br>**1111 Bay Avenue**<br>**Columbus, GA 31901** | Line __2.4__ | |
| **Synovus Bank, a Georgia Bank**<br>**c/o Catrina Markwalter, Esq**<br>**255 Rivertown Shops Drive**<br>**Suite102 #159**<br>**Saint Johns, FL 32259** | Line __2.4__ | |

---

**Fill in this information to identify the case:**

Debtor name        **B&B Outdoor LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

---

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | **Unknown** |
|  | **Arabella Borges**<br>**c/o SILVA & SILVA, P.A.**<br>**236 Valencia Avenue**<br>**Miami, FL 33134** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed |
|  | Date(s) debt was incurred  9/2024 | Basis for the claim:  auto negligence lawsuit |
|  | Last 4 digits of account number  0333 | Is the claim subject to offset? ■ No  ☐ Yes |

| **3.2** | Nonpriority creditor's name and mailing address | **$10,000.00** |
|---|---|---|
|  | **Cedar Islands HOA**<br>**of Flagler County, Inc.**<br>**Post Office Box 95**<br>**Flagler Beach, FL 32136** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
|  | Date(s) debt was incurred  8/2024 | Basis for the claim:  misc. services |
|  | Last 4 digits of account number  1149 | Is the claim subject to offset? ■ No  ☐ Yes |

| **3.3** | Nonpriority creditor's name and mailing address | **$0.00** |
|---|---|---|
|  | **FDOT**<br>**1405 Thomas Avenue**<br>**Leesburg, FL 34748** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |
|  | Date(s) debt was incurred  2024 | Basis for the claim:  breach of contract |
|  | Last 4 digits of account number  7256 | Is the claim subject to offset? ■ No  ☐ Yes |

| **3.4** | Nonpriority creditor's name and mailing address | **$0.00** |
|---|---|---|
|  | **Florida Surety Bonds, Inc.**<br>**620 N. Wymore Road**<br>**Suite 200**<br>**Maitland, FL 32751** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |
|  | Date(s) debt was incurred  4/30/2024 | Basis for the claim:  surety bond |
|  | Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes |

---

37780

Debtor   **B&B Outdoor LLC**
_____
Name                                                                            Case number (if known) _____

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Old Republic Surety Company**
**3452 Lake Lynda Drive**
**Building 100**
**Suite 390**
**Orlando, FL 32817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2024**

Basis for the claim:  **surety bond**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151,946.40 |
|---|---|---|---|

**Synovus Bank**
**1111 Bay Avenue**
**Columbus, GA 31901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/11/2022**

Basis for the claim:  **line of credit**

Last 4 digits of account number  **9100**

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **FL Dept. of Transportation**<br>**719 South Woodland Boulevard**<br>**Deland, FL 32720-6834** | Line  **3.3**<br><br>☐ Not listed. Explain ____ | **7256** |
| 4.2 | **Smith Bigman Brock, PA**<br>**Attn.: Brooke M. Gafney, Esq**<br>**Post Office Box 15200**<br>**Daytona Beach, FL 32115** | Line  **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Synovus Bank**<br>**960 Buford Highway**<br>**Cumming, GA 30041** | Line  **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Synovus Bank, a Georgia Bank**<br>**c/o Catrina Markwalter, Esq**<br>**255 Rivertown Shops Drive**<br>**Suite102 #159**<br>**Saint Johns, FL 32259** | Line  **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **VGS Infrastructure f/k/a**<br>**Louis Berger Hawthorne Serv.**<br>**80 International Drive**<br>**# 130**<br>**Greenville, SC 29615** | Line  **3.1**<br><br>☐ Not listed. Explain ____ | **3040** |
| 4.6 | **VGS Infrastructure Services**<br>**c/o Daniel B. Robinson, Esq.**<br>**2811 Ponce de Leon Blvd.**<br>**S-1000**<br>**Miami, FL 33134** | Line  **3.1**<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

Debtor    **B&B Outdoor LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ _____ **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ _____ **161,946.40** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ _____ **161,946.40** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>B&B Outdoor LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>MIDDLE DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **pipe relocation and shoulder rework on SR 44** | |
| | State the term remaining | **54 days** | **FDOT** |
| | List the contract number of any government contract | **E50D7** | **1405 Thomas Avenue Leesburg, FL 34748** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Location: 117 W Palmetto Avenue, Pierson, FL 32180 Ends: December 1, 2032** | |
| | State the term remaining | **92 months** | **WPW Volusia LLC Attn.: William Wallis 25 Twin River Drive Ormond Beach, FL 32174** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name   **B&B Outdoor LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Andrea Mann Becker** | 1 John Anderson Drive # 511 Ormond Beach, FL 32176-5789 | **Synovus Bank** | ■ D   **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Andrea Mann Becker** | 1 John Anderson Drive # 511 Ormond Beach, FL 32176-5789 | **Synovus Bank** | ☐ D _____<br>■ E/F   **3.6**<br>☐ G _____ |
| 2.3 | **Andrea Mann Becker** | 1 John Anderson Drive # 511 Ormond Beach, FL 32176-5789 | **Florida Surety Bonds, Inc.** | ☐ D _____<br>■ E/F   **3.4**<br>☐ G _____ |
| 2.4 | **Robert Louis Becker** | 1 John Anderson Drive # 511 Ormond Beach, FL 32176 | **Synovus Bank** | ■ D   **2.4**<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **B&B Outdoor LLC** | | | Case number *(if known)* |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.5 | **Robert Louis Becker** | 1 John Anderson Drive # 511 Ormond Beach, FL 32176 | **Kubota Credit Corporation** | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |

| | | | | |
|---|---|---|---|---|
| 2.5 | **Robert Louis Becker** | 1 John Anderson Drive<br># 511<br>Ormond Beach, FL 32176 | **Kubota Credit Corporation** | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.6 | **Robert Louis Becker** | 1 John Anderson Drive<br># 511<br>Ormond Beach, FL 32176 | **Kubota Credit Corporation** | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | **Robert Louis Becker** | 1 John Anderson Drive<br># 511<br>Ormond Beach, FL 32176 | **Deere & Company** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | **Robert Louis Becker** | 1 John Anderson Drive<br># 511<br>Ormond Beach, FL 32176 | **Synovus Bank** | ☐ D ____<br>■ E/F __3.6__<br>☐ G ____ |
| 2.9 | **Robert Louis Becker** | 1 John Anderson Drive<br># 511<br>Ormond Beach, FL 32176 | **Florida Surety Bonds, Inc.** | ☐ D ____<br>■ E/F __3.4__<br>☐ G ____ |

**Fill in this information to identify the case:**

Debtor name   **B&B Outdoor LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | $61,755.11 |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other  _____ | $2,001,574.84 |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | $3,150,635.00 |
| **For the fiscal year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | $891,210.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | **B&B Outdoor LLC** | | Case number *(if known)* | |

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Andrea Mann Becker 1 John Anderson Drive # 511 Ormond Beach, FL 32176-5789 Authorized Member** | 3/2024 - 3/2025 | **$52,000.00** | **wages** |
| 4.2. **Robert Louis Becker 1 John Anderson Drive # 511 Ormond Beach, FL 32176 Authorized Member** | 3/2024 - 3/2025 | **$14,662.32** | **monthly vehicle payment** |
| 4.3. **Robert & Andrea Becker 1 John Anderson Drive # 511 Ormond Beach, FL 32176 Authorized Members** | 3/2024 - 2/2025 | **$15,941.70** | **health insurance** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Harris Colvert 275 Briarwood Path Bunnell, FL 32110** | **returned RCP metal pipes** | **3/13/2025** | **$5,153.53** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| Debtor | **B&B Outdoor LLC** | | Case number *(if known)* | |

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Barry Harper**<br>**Plaintiff**<br>**vs.**<br>**Nancy Mann, Matthew L.**<br>**Nicholson, Florida Farm**<br>**Bureau Casualty Insurance**<br>**Company, B&B Outdoor LLC**<br>**Defendants**<br>**2023 11503 CIDL** | Auto Negligence | Volusia Co. Clerk of the Circuit Court<br>101 N Alabama Avenue<br>Deland, FL 32724 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. **Synovus Bank, a Georgia**<br>**Banking Corporation, Plaintiff**<br>**vs.**<br>**B&B Outdoor LLC, Robert**<br>**Becker, Andrea Becker,**<br>**Defendants**<br>**2024 13926 CIDL** | Contract Indebtedness | Volusia Co. Clerk of the Circuit Court<br>101 N Alabama Avenue<br>Deland, FL 32724 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **Borges, Arabella, Plaintiff**<br>**vs.**<br>**VGS Infrastructure Services,**<br>**Inc f/k/a Louis Berger**<br>**Hawthorne Services, Inc.;**<br>**B&B Outdoor LLC; Antonio**<br>**Meza, Defendants**<br>**2024-CA-000333** | Cross Claim | Flagler Co. Circuit Court<br>Kim C. Hammond Justice Center<br>1769 E Moody Blvd.<br>Building #1<br>Bunnell, FL 32110 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

Debtor   **B&B Outdoor LLC**                                                     Case number *(if known)*

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

|  | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **BransonLaw, PLLC** **1501 E. Concord Street** **Orlando, FL 32803** | **Attorney Fees** | **3/12/2025** | **$25,002.00** |
|  | **Email or website address** **jeff@bransonlaw.com** |  |  |  |
|  | **Who made the payment, if not debtor?** |  |  |  |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

|  | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Unknown** | **2011 Chevrolet Colorado** **Vin #: 1GCDSCF97B8126654** | **unknown** | **$200.00** |
|  | **Relationship to debtor** **9/2024** |  |  |  |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

|  | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **335 W. Washington Avenue** **Pierson, FL 32180** | **8/2022 - 11/2022** |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

| Debtor | B&B Outdoor LLC | Case number *(if known)* | |
|---|---|---|---|

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.

☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| 401GO | EIN: 88-2529763 |

Has the plan been terminated?

☑ No

☐ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Synovus Bank<br>960 Buford Highway<br>Cumming, GA 30041 | XXXX-5523 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 8/2024 | Unknown |
| 18.2. | Synovus Bank<br>960 Buford Highway<br>Cumming, GA 30041 | XXXX-3627 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 8/2024 | Unknown |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | **B&B Outdoor LLC** | Case number *(if known)* | |
|---|---|---|---|

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Central FL Landworks LLC**<br>**1246 McGlon Road**<br>**Pierson, FL 32180** | **117 W. Palmetto Avenue**<br>**Pierson, FL 32180-2069** | **land tiller** | **Unknown** |

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Debtor    **B&B Outdoor LLC**                                            Case number *(if known)*

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Fix-It Accounting, Inc.**<br>**121 W. Plymouth Avenue**<br>**Suite B**<br>**Deland, FL 32720** | **2022 - 2023** |
| 26a.2.    **Kluth Accounting & Tax**<br>**Attn.: Kathy Kluth**<br>**623 N Grandview Avenue**<br>**Suite 233**<br>**Daytona Beach, FL 32118** | **2024-2025** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **B&B Outdoor LLC**                                            Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert Louis Becker | 1 John Anderson Drive # 511 Ormond Beach, FL 32176 | Authorized Member | 10 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Andrea Mann Becker | 1 John Anderson Drive # 511 Ormond Beach, FL 32176-5789 | Authorized Member | 90 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | Andrea Mann Becker 1 John Anderson Drive # 511 Ormond Beach, FL 32176-5789 | $52,000.00 wages | 3/2024 - 3/2025 | Services provided |
| | Relationship to debtor Authorized Member | | | |
| 30.2 . | Robert Louis Becker 1 John Anderson Drive # 511 Ormond Beach, FL 32176 | $14,662.32 | 3/2024 - 3/2025 | monthly vehicle payment |
| | Relationship to debtor Authorized Member | | | |
| 30.3 . | Robert & Andrea Becker 1 John Anderson Drive # 511 Ormond Beach, FL 32176 | $15,941.70 | 3/2024 - 12/2024 | health insurance |
| | Relationship to debtor Authorized Members | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Debtor | **B&B Outdoor LLC** | Case number *(if known)* | |

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |

| **Part 14:** | **Signature and Declaration** |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 13, 2025**

**/s/ Robert L. Becker**                                    **Robert L. Becker**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Authorized Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

In re    **B&B Outdoor LLC**                                              Case No.
                                          Debtor(s)          Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Andrea Mann Becker**<br>**1 John Anderson Drive**<br>**# 511**<br>**Ormond Beach, FL 32176-5789** | **N/A** | **90%** | **Membership Interest** |
| **Robert Louis Becker**<br>**1 John Anderson Drive**<br>**# 511**<br>**Ormond Beach, FL 32176** | **N/A** | **10%** | **Membership Interest** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Authorized Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **March 13, 2025**                          Signature    **/s/ Robert L. Becker**
                                                                 **Robert L. Becker**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### Middle District of Florida

In re    **B&B Outdoor LLC**                                        Case No.                              

                                           Debtor(s)          Chapter     **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Authorized Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March 13, 2025**                         **/s/ Robert L. Becker**

                                                       **Robert L. Becker/Authorized Member**
                                                       Signer/Title

B&B Outdoor LLC
117 W Palmetto Avenue
Pierson, FL 32180-2069

Old Republic Surety Company
3452 Lake Lynda Drive
Building 100
Suite 390
Orlando, FL 32817

Jeffrey S. Ainsworth
BransonLaw, PLLC
1501 E. Concord Street
Orlando, FL 32803

Smith Bigman Brock, PA
Attn.: Brooke M. Gafney, Esq
Post Office Box 15200
Daytona Beach, FL 32115

Arabella Borges
c/o SILVA & SILVA, P.A.
236 Valencia Avenue
Miami, FL 33134

Synovus Bank
960 Buford Highway
Cumming, GA 30041

Cedar Islands HOA
of Flagler County, Inc.
Post Office Box 95
Flagler Beach, FL 32136

Synovus Bank
1111 Bay Avenue
Columbus, GA 31901

Deere & Company
6400 NW 86th Street
Johnston, IA 50131

Synovus Bank, a Georgia Bank
c/o Catrina Markwalter, Esq
255 Rivertown Shops Drive
Suite102 #159
Saint Johns, FL 32259

FDOT
1405 Thomas Avenue
Leesburg, FL 34748

VGS Infrastructure f/k/a
Louis Berger Hawthorne Serv.
80 International Drive
# 130
Greenville, SC 29615

FL Dept. of Transportation
719 South Woodland Boulevard
Deland, FL 32720-6834

VGS Infrastructure Services
c/o Daniel B. Robinson, Esq.
2811 Ponce de Leon Blvd.
S-1000
Miami, FL 33134

Florida Surety Bonds, Inc.
620 N. Wymore Road
Suite 200
Maitland, FL 32751

WPW Volusia LLC
Attn.: William Wallis
25 Twin River Drive
Ormond Beach, FL 32174

Kubota Credit Corporation
PO Box 2046
Grapevine, TX 76099